IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHILIPP ADRIAN KREUSER, Derivatively on Behalf of Renewable Energy Group, Inc., :<br><br>Plaintiff,<br><br>v.<br><br>RANDOLPH L. HOWARD, et al.,<br><br>Defendants. | Civil Action No. 21-1074-RGA |

### O R D E R

WHEREAS, the above-captioned case was stayed on September 23, 2021, due to litigation that is presently pending before the United States District Court for the Southern District of New York (see D.I. 7);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the related litigation has been resolved so this case may be reopened and other appropriate action may be taken.

9/24/2021
DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE